IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ILLINOIS TRANSPORTATION TRADE ASSOCIATION, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No.  1:14-cv-00827 |
| CITY OF CHICAGO, | ) ) ) | Judge Sharon Johnson Coleman Mag.  Judge Sidney Schenkier |
| Defendant. | ) | |

### NOTICE OF CHANGE OF ADDRESS

TO:    See attached Service List

**PLEASE TAKE NOTICE** that attorney Anthony B. Sanders for prospective Defendant-Intervenors has relocated to the following address: **Institute for Justice, 520 Nicollet Mall, Suite 550, Minneapolis, Minnesota 55402.** Prospective Defendant-Intervenors' other attorney, Renee D. Flaherty, remains at her current address and telephone as listed below.

### CERTIFICATE OF SERVICE

I hereby certify that on April 6, 2015, I provided service to the persons listed on the attached Service List by filing the foregoing Notice of Change of Address electronically with the Clerk of the Court through CM/ECF which will send an e-notice of the electronic filing to those parties on the Service List at their respective email addresses.

/s/ Anthony B. Sanders
Anthony B. Sanders (No. 6284335)
INSTITUTE FOR JUSTICE
520 Nicollet Mall, Suite 550
Minneapolis, Minnesota 55402
(612) 435-3451; (612) 435-5875 Fax
asanders@ij.org

Renee D. Flaherty (D.C. Bar No. 1011453)
INSTITUTE FOR JUSTICE
901 North Glebe Road, Suite 900
Arlington, Virginia 22203-1854
(703) 682-9320
rflaherty@ij.org

*Attorneys for Prospective Defendant-Intervenors,*
DAN BURGESS, TED LIU and DUSTIN MORBY

James W. Joseph (6225267)
EIMER STAHL LLP
224 South Michigan Avenue, Suite 1100
Chicago, Illinois 60604
(312) 660-7612
jjoseph@eimerstahl.com

*Local Counsel for Prospective Defendant-Intervenors*, DAN BURGESS, TED LIU and DUSTIN MORBY

## SERVICE LIST

Edward W. Feldman (efeldman@millershakman.com)
Michael L. Shakman (lshak@aol.com)
Stuart M. Widman (swidman@millershakman.com)
Melissa B. Pryor (mpryor@millershakman.com)
MILLER SHAKMAN & BEEM LLP
180 North LaSalle Street, Suite 3600
Chicago, Illinois 60601
(312) 263-3700

William M. Aguiar (waguiar@cityofchicago.org)
Andrew W. Worseck (aworseck@cityofchicago.org)
David M. Baron (dave.baron.8@gmail.com)
CITY OF CHICAGO
30 North LaSalle Street
Chicago, Illinois 60602
(312) 744-9010

Stephen A. Swedlow (stephenswedlow@quinnemanuel.com)
QUINN EMANUEL URQUHART & SULLIVAN LLP
500 West Madison Street, Suite 2450
Chicago, Illinois 60661
(312) 705-7430